

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-01079-CR

LENIN SALDADO LOPEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 228th District Court of Harris County.   (Tr. Ct. No. 1403196).

This case is an appeal from the final judgment signed by the trial court on December 19, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in that portion of the trial court's judgment concerning punishment. Accordingly, the Court **reverses** the portion of the trial court's judgment concerning punishment and **remands** the case to the trial court for a new punishment hearing.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 26, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Brown.